IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHALU PUNOOSE, | : |
| | : CIVIL ACTION |
| Plaintiff | : |
| | : |
| vs. | : NO. 18-CV-1072 |
| | : |
| EQUIFAX INFORMATION SERVICES, LLC, | : |
| | : |
| Defendant | : |

**ORDER**

AND NOW, this 7th day of June, 2018, upon consideration of Defendant's Motion to Transfer Venue (Doc. No. 5) and Plaintiff's Response in Opposition thereto, it is hereby ORDERED that the Motion is DENIED for the reasons articulated in the preceding Memorandum Opinion.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER,    J.